In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of ROBERT R. WILLETS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; HOWARD WILLETS, as Executor, Respondent.

*Matter of Willets,* 119 App. Div. 119, affirmed.
(Argued November 19, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

April 19, 1907, which affirmed an order of the Westchester County Surrogate's Court modifying a previous order assessing a transfer tax on the estate of Howard Willets, deceased.

*Edmond C. Alger* for appellant.

*Wilson M. Powell* for respondent.

. Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.